*In the matter of the Petition of* H. F. THOMPSON *et al. for a Writ of Habeas Corpus.*

*S. N. Wood*, and *A. M. Mackey*, for petitioners.
*S. B. Bradford*, and *J. H. Pitzer*, for respondent.

*Per Curiam:* On the authority of *In re Dalton*, just decided, and for the same reason, to wit, that before the criticisms were made the cause had been terminated and was not pending, the petitioners, H. F. Thompson and C. L. Calvert, are discharged.